# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| BRENDA JOY HARRIS,<br>　　　　Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:16-cv-06974-MWF (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED.

DATED: December 20, 2017

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE